# UNITED STATES BANKRUPTCY COURT
for the
District of Minnesota

FRANK R GUSTAD
1060 7TH ST SE #104
ST CLOUD, MN 56304

Chapter 13
Case No.: 05-44860-RJK
SS #1: XXX-XX-5148

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 07 | 28 | 05 |
| The Plan was confirmed on | 09 | 16 | 05 |
| The Case was concluded on | 07 | 30 | 08 |

Plan Completed

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 2,700.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STATE BANK OF COLD SPRING | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| T MOBILE/VOICESTREAM WIRE | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STATE BANK OF COLD SPRING | 001 | Unsecured | 4,032.84 | 901.64 | 0.00 | 3,131.20 |
| TSYS DEBT MANAGEMENT | 004 | Unsecured | 736.25 | 164.62 | 0.00 | 571.63 |
| RESURGENT CAPITAL SERVICE | 005 | Unsecured | 986.18 | 223.50 | 0.00 | 762.68 |
| ECAST SETTLEMENT CORPORAT | 006 | Unsecured | 893.81 | 199.83 | 0.00 | 693.98 |
| FRANK R GUSTAD | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORAT | DOC-11 | Unsecured | 1,274.54 | 284.95 | 0.00 | 989.59 |
| APPLIED CARD BANK | DOC-9 | Unsecured | 1,024.99 | 234.00 | 0.00 | 790.99 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 8,948.61 | 0.00 | 0.00 | 8,948.61 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 2,008.54 | 0.00 | 0.00 | 2,008.54 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,008.54 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| IAN TRAQUAIR BALL | 694.00 | 500.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 191.46 | 0.00 | 191.46 |

/s/ Kyle L. Carlson

Kyle L. Carlson

United States Bankruptcy Court
for the
District of Minnesota

In Re: FRANK R GUSTAD　　　　　　　　　　　　　　　　　　Case Number: 05-44860-RJK

## Certificate of Service

The undersigned certifies, under the penalties of perjury, that a copy of the attached Final Report in the above case number was mailed, in sealed envelope, bearing first class postal indicia, or was delivered personally to the following:

FRANK R GUSTAD
1060 7TH ST SE #104 ST CLOUD, MN 56304

Dated: 10/28/2008

/s/ KYLE L CARLSON

Copy for:

　　CLERK OF BANKRUPTCY COURT
　　301 US COURTHOUSE
　　300 S 4TH ST
　　MINNEAPOLIS, MN 55415